# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00530-CV

### In re Margaret Moore, District Attorney, Travis County, Texas

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The State's petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Edward Smith, Justice

Before Chief Justice Rose, Justices Triana and Smith

Filed: August 28, 2019